IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH SCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:15-CV-666-WKW ) [WO] |
| SOUTHERN MANAGEMENT CORP., | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

On August 16, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 20.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)  The Recommendation is ADOPTED;

(2)  Defendant's Motion to Dismiss (Doc. # 18) is GRANTED; and

(3)  Plaintiff's claims are DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 31st day of August, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE